**BECKER & POLIAKOFF LLP**
Helen Davis Chaitman HCHAITMAN@BECKER-POLIAKOFF.COM
Peter W. Smith PSMITH@BECKER-POLIAKOFF.COM
Julie Gorchkova JGORCHKOVA@BECKER-POLIAKOFF.COM
45 Broadway
New York, New York 10006
Telephone  (212) 599-3322
Facsimile  (212) 557-0295

*Attorneys for Defendants David Gross and Irma Gross*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>      Plaintiff,<br>  v.<br><br>DAVID GROSS and IRMA GROSS, individually and as Joint Tenants,<br><br>      Defendants. | Adv. Pro. No. 10-04667 (BRL) |

**JOINDER IN MOTION FOR**
**MANDATORY WITHDRAWAL OF REFERENCE**

David Gross and Irma Gross, individually, and as joint tenants (the "Defendants") hereby join in the Motion for Mandatory Withdrawal of Reference, and

{N0004230}

all papers submitted therewith, filed on October 28, 2011, by Defendant, David Abel, in *Picard v. Abel*, Adv. Pro. No. 10-04381 (Bankr. S.D.N.Y.) [Doc. Nos. 14-16]; *Picard v. Abel*, Case No. 11-07766 (S.D.N.Y.).

The Trustee's complaint against Defendants (attached hereto as **Exhibit 1**) contains the following claims, which are nearly identical to the Trustee's claims against David Abel:

| COUNT | CLAIM |
|---|---|
| 1 | 2-year Fraudulent Transfer - 11 U.S.C. § 548(a)(1)(A) |
| 2 | 2-year Fraudulent Transfer - 11 U.S.C. § 548(a)(1)(B) |
| 3-7 | 6-year Fraudulent Transfer – NY Debt. & Cred. Law §§ 276, 278 and/or 279 |

To avoid duplicative motion practice and briefing, Defendants join in David Abel's Motion for Mandatory Withdrawal of Reference and all accompanying papers on the same grounds described therein.

Based on the foregoing, Defendants respectfully request that the District Court enter an order granting mandatory withdrawal of the reference, pursuant to 28 U.S.C. Section 157(d), of the above-captioned adversary proceeding.

November 4, 2011

                   **BECKER & POLIAKOFF LLP**

               By: ***/s/ Helen Davis Chaitman***
                   Helen Davis Chaitman
                   Peter W. Smith
                   Julie Gorchkova
                   45 Broadway
                   New York, New York 10006
                   (212) 599-3322

                   *Attorneys for Defendants David Gross and Irma Gross*

## CERTIFICATE OF SERVICE

I, Lourdes Blanco, hereby certify that I caused a true and correct copy of the foregoing document(s) to be served upon the parties in this action who receive electronic service through CM/ECF. I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 4, 2011

/s/ *Lourdes Blanco*